AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAR 21 2025
AT____ O'CLOCK____
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Javier MARAGON ESTRADA, a/k/a Jose ACOSTA MALAGON,<br>Defendant. | Case No. 8:25-MJ-75 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 19, 2025, in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, after having been removed from the United States, entered and thereafter was found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

ERIC C STRACHAN JR
Digitally signed by ERIC C STRACHAN JR
Date: 2025.03.21 06:41:00 -04'00'

*Complainant's signature*

Eric Strachan, Special Agent, HSI
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: MARCH 21, 2025

*Judge's signature*

City and State: Plattsburgh, New York     Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

## INTRODUCTION AND AGENT BACKGROUND

1. I, Eric Strachan, am a Special Agent with Homeland Security Investigations ("HSI") and have been since July 2023. In my duties, I am assigned to investigate alleged violations of the Immigration and Nationality Act (INA), including activities which constitute the illegal re-entry of aliens who have been previously deported.

2. I have been employed as an HSI Special Agent since July 2023, graduating from the Federal Law Enforcement Training Center ("FLETC") Criminal Investigator Training Program ("CITP") in November 2023 and the HSI Special Agent Training ("HSISAT") Program in February 2024. Prior to this position, I was employed as a Deputy United States Marshal from approximately December 2022 to July 2023, having received training at the Basic Deputy United States Marshals Integrated ("BDUSMI") Program at FLETC in 2023. I hold a Bachelor of Arts in Political Science and Sociology as well as a Bachelor of Arts in Biological Sciences, both from the University of Connecticut. Additionally, I hold a Master of Science in Criminal Justice from Northeastern University.

3. I submit this in support of a criminal complaint and arrest warrant charging Javier MARAGON ESTRADA, a/k/a Jose ACOSTA MALAGON and numerous other aliases, with re-entry of removed aliens, in violation of Title 8, United States Code, Section 1326(a).

4. On March 19, 2025, I received information from Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") regarding a subject identified as Javier MARAGON ESTRADA, aka Jose ACOSTA MALAGON and numerous other aliases, who was arrested and released by the Plattsburgh Police Department on or about March 16, 2025, for charges related to operating a motor vehicle while intoxicated.

1

5.  Subsequent to arrest, MARAGON ESTRADA was transported to the Plattsburgh Police Department for processing. During processing, MARAGON ESTRADA was fingerprinted, and those fingerprint impressions were submitted to the Federal Bureau of Investigation ("FBI") through the Integrated Automated Fingerprint Identification System ("IAFIS"). The results of the submitted IAFIS inquiry ultimately revealed that MARAGON ESTRADA's fingerprints positively matched the fingerprints on file associated with the arrest records and criminal history pertaining to FBI Number 513152JC9 and Alien Number A209853838. These results further indicated that MARGON ESTRADA was previously charged by ICE ERO in violation of Immigration and Nationality Act (INA) 212(a)(6)(A)(i), alien present without admission or parole.

6.  Records checks and information obtained by your Affiant further revealed that MARGON ESTRADA was previously removed from the United States to Mexico on or about April 15, 2019. Additionally, records checks and information obtained by your Affiant revealed the removal order came following convictions in South Carolina on March 13, 2019, related to, in part, "UNLAWFUL CARRYING OF WEAPON (16-23-20 SC)" and "FIREARM/POSS, SALE, TRANS BY UNLAWFUL ALIEN (16-23-0530 (A) SC)." There is no record of the subject seeking consent from the Secretary of the Department of Homeland Security for reapplication for admission into the United States lawfully following his previous removal.

## Conclusion

7.  Based upon the above information, there is probable cause to establish that Javier MARAGON ESTRADA has violated Title 8, United States Code, Section 1326, re-entry of removed aliens.